**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

GEORGE SHIELDS,

       Plaintiff,

v.                                            Case No:  6:13-cv-1764-Orl-40GJK

BROADSTAR COMMUNICATIONS,
LLC, NATIONAL CABLE & INTERNET,
LLC and TYLER BELL,

       Defendants.
_____/

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. 33) filed on February 10, 2015. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and noting that a Joint Notice Regarding Report and Recommendation (Doc. 38) was filed on April 2, 2015, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 31, 2015 (Doc. 35), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and Dismissal With Prejudice (Doc. 33) is **DENIED**.

      3.      The case is **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction.

      4.      The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** in Orlando, Florida on April 3, 2015.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties